LAW OFFICES OF VINCE RAVINE, P.C.
VINCENT L. RAVINE (State Bar No. 206432)
MELISSA R. SOLOMON (State Bar No. 265782)
6553 Louise Ave
Lake Balboa, CA 91406
Telephone: 818 776 0082
Facsimile: 818 776 8117
Attorneys for Alliance Atlantis International Distribution

FILED
10 JUN 16 PM 2:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALLIANCE ATLANIS INTERNATIONAL DISTRIBUTION, LLC, a Delaware Limited Liability Company
    Plaintiff,

v.

PROGRAM PARTNERS, INC., a California Corporation, THUNDERBIRD FILMS, INC and DOES 1-10

    Defendants

Case No. CV10 4440 JFW (RZx)

**COMPLAINT FOR BREACH OF CONTRACT**

**DEMAND FOR JURY TRIAL**
(F.R.C.P. Rule 38)

For its complaint against defendants PROGRAM PARTNERS, INC ("Program"), THUNDERBIRD FILMS, INC ("Thunderbird") and DOES 1-10, Plaintiff ALLIANCE ATLANTIS DISTRIBUTION, LLC ("Plaintiff" or "Alliance") alleges as follows:

## I. JURISDICTION AND VENUE

1. This complaint is for damages for the breach of contract along with equitable relief to terminate a contract between Plaintiff and Program and Thunderbird.

2. This Court has subject matter jurisdiction over Plaintiff's claims pursuant to 29 U.S.C. §1332 because complete diversity between Plaintiff, Program and Thunderbird exists and because the amount in controversy in this action exceeds $75,000.

3. Plaintiff is informed and believes and based on that information and belief alleges that this Court has personal jurisdiction over Thunderbird as it has transacted substantial business in this district.

4. Venue is proper in this Court pursuant to 28 U.S.C. §1391 because Program is domiciled within this district and/or substantial part of its events or omissions, giving rise to the claim occurred in this district.

## II. THE PARTIES

5. Plaintiff is a limited liability company organized under the laws of Delaware, with its principal place of business in Needham, Massachusetts.

6. Plaintiff is informed and believes and based on that information and belief alleges Defendant Thunderbird is a Canadian corporation organized under the laws of British Columbia, Canada with its principal place of business in Vancouver.

7. Plaintiff is informed and believes and based on that information and belief alleges Defendant Program is a corporation organized under the laws of California with its principal place of business in Venice, California

8. Plaintiff is not now aware of the true names, capacities, or basis for liability of defendant DOES 1 though 10, inclusive, and therefore sues said defendants by fictitious names. Plaintiff is informed and believes, and thereupon alleges DOES 1 though 10, inclusive, and each of them, are in some manner liable to Plaintiff, or claim some right, title, or interest in the subject of this action that is junior and inferior to that of Plaintiff, or both. Plaintiff will amend this complaint and allege their true names, capacities or bases for liability when ascertained.

9. At all time relevant to the actions alleges herein, the actions alleged herein were those of each defendant or its officers, directors, agents, employees, partners, and/or licensees, as

was within the scope of said agency, employment, partnership, venture, and with the knowledge and consent or ratification of each of the other defendants in doing the things alleged herein. Plaintiff will amend this complaint to reflect the true names and capacities of DOE defendants when ascertained.

### III. THE CONTRACT

10. Plaintiff is the successor in interest to the rights and obligations of Alliance Atlantis International Distribution Ltd, ("AAIDL) a party to the distribution agreement between AAIDL, Thunderbird and Program dated September 20, 2006 (the "Distribution Agreement").

11. The Distribution Agreement granted Thunderbird and Program certain rights to distribute, the program "Degrassi: The Next Generation" (the "Program") for defined territories and media.

12. As consideration for the grant of rights, the Distribution Agreement required Thunderbird and Program to pay $1,535,000 Canadian dollars (the "License Fee").

13. The License Fee was to be paid in installments of ten percent, then eight quarterly installments of C$172,687.50 payable on May 20th, August 20th, and November 20th of 2008, February 20th, May 20th, August 20th and November 20th of 2009 and February 20th 2010.

14. The Distribution Agreement required that in the event of a default of payment by Licensees and a failure to cure such default within 10 business days, following receipt of written notification of such default, the rights granted shall immediately terminate.

## IV. THUNDERBIRD AND PROGRAM BREACH OF THE DISTRIBUTION AGREEMENT

15. Thunderbird and Program made the initial ten percent payment and made one of the required eight quarterly payments. Thereafter Thunderbird and Program ceased making its Licensee payments as required by the Distribution Agreement.

16. Plaintiff attempted for several months to secure payment from Thunderbird and Program and despite promises by both Defendants, they have to date refused to pay the balance due under the Distribution Agreement.

17. Despite failure to pay the required consideration, Plaintiff gave written notice of Defendants' breach on March 9, 2010 and has provided Thunderbird and Program well over 10 business days to cure its breach of the Distribution Agreement.

18. Thunderbird and Program have failed to cure the alleged breach.

## V. CLAIM FOR RELIEF
### (Breach of Contract)

19. Plaintiff repeats and re-alleges each and every foregoing paragraph of this Complaint as though set forth at length herein.

20. AAIDL as the predecessor in interest to Plaintiff entered into a valid and enforceable contract in the form of the Distribution Agreement. AAIDL performed all its obligations under the Distribution Agreement.

21. Thunderbird and Program have breached the Distribution Agreement by, among other things, failing to provide timely payments as required by the Distribution Agreement.

22. Timely payment of the License Fee is a material provisions of the Distribution Agreement, and the aforementioned breach is material breaches of those provisions.

23. Thunderbird and Program's breach is the proximate cause of damages to Plaintiff in the amount of $1,208,812.50 Canadian Dollars.

Case 2:10-cv-04440-JFW-RZ Document 1 Filed 06/16/10 Page 5 of 10

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment against Thunderbird and Program jointly and severally as follows:

1. That the court issue an Order that the Distribution Agreement is hereby terminated;

2. That the Court issue preliminary and permanent injunctive relief against Thunderbird and Program, and its officers, agents, members, representatives, servants, employees, attorneys, successors and assignees, and all others in active concert or participation with Thunderbird and Program, be enjoined and restrained from:

    a. Distributing, marketing or exploiting the rights of Plaintiff's "Degrassi: The Next Generation" program; and

    b. Assisting, aiding or abetting any other person or business entities in engaging in or performing any of the activities referred to in subparagraph a;

3. For an award of compensatory damages to Plaintiff, in the amount of C$1,208,812.50;

4. Exemplary and punitive damages in an amount to be determined at trial;

5. Prejudgment interest at the legally allowable rate on all amounts owed

6. Costs, expenses, and reasonable attorneys fees; and

7. That the Court grant Plaintiff all other relief to which it is entitled and such other or additional relief as is just and proper.

## JURY DEMAND

Plaintiff hereby requests a jury trial for all claims and/or issues over which Plaintiff has a right to a trial by jury.

///

///

///

5

Plaintiff Alliance Atlantis International Distribution, LLC's Complaint For Breach of Contract

Dated: June 14, 2010  **Law Offices of Vince Ravine, P.C.**

By: _____
Vincent L. Ravine
Attorney for Alliance Atlantic International Distribution, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

### CV10- 4440 JFW (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Vince Ravine (SBN 206432)
Melissa Solomon (SBN 265782)
Law Offices of Vince Ravine, PC
6553 Louise Avenue, Lake Balboa, CA 91406
Ph: 818-776-0082 Fx: 818-776-8117
vince@vravinelaw.com, melissa@vravinelaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE ATLANTIS INTERNATIONAL DISTRIBUTION, LLC, a Delaware Limited Liability Company PLAINTIFF(S) <br> v. <br> PROGRAM PARTNERS, INC., a California Corporation, THUNDERBIRD FILMS, INC and DOES 1-10 <br> DEFENDANT(S). | CASE NUMBER <br> **CV10 4440 JFW (RZx)** <br><br> SUMMONS |

TO: THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney Vince Ravine _____, whose address is:

Law Offices of Vince Ravine, PC
6553 Louise Avenue
Lake Balboa, CA 91406

an answer to the ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within __21__ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk, U.S. District Court

Dated: **16 JUN 2010**

By: _Natalie Hongaria_
Deputy Clerk

*(Seal of the Court)*

CV-01A (01/01)                                SUMMONS

| (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| ALLIANCE ATLANTIS INTERNATIONAL DISTRIBUTION, LLC, a Delaware Limited Liability Company | PROGRAM PARTNERS, INC., a California Corporation, THUNDERBIRD FILMS, INC and DOES 1-10 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Vince Ravine (SBN 206432), Melissa Solomon (SBN 265782)<br>Law Offices of Vince Ravine, PC, 6553 Louise Avenue, Lake Balboa, CA 91406<br>Ph: 818-776-0082 Fx: 818-776-8117 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant    ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☑ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☑ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ MONEY DEMANDED IN COMPLAINT: $ C$1,208,812.50

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of Contract

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL INJURY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☑ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV10 4440

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

II(a). **IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes

yes, list case number(s): _____

II(b). **RELATED CASES**: Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes

yes, list case number(s): _____

vil cases are deemed related if a previously filed case and the present case:

heck all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**VENUE**: (When completing the following information, use an additional sheet if necessary.)

List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Massachusetts |

List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | Canada |

List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date June 15, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

y to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |